ACCEPTED
01-15-00480-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/2/2015 11:37:05 AM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00480-CV

## In The Court Of Appeals For The First District Of Texas
## Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/2/2015 11:37:05 AM

CHRISTOPHER A. PRINE
Clerk

## Metropolitan Theatre, LLC,

## Appellant,

## v.

## Joseph Dow and YES Prep Public Schools, Inc.,

## Appellees.

### On Accelerated Appeal From The 334th District Court Of Harris County, Texas, Cause No. 2015-24030

# APPELLEE YES PREP PUBLIC SCHOOLS, INC.'S OBJECTION TO REFERRAL TO MEDIATION

J. Wiley George
State Bar No. 07805445
wileygeorge@andrewskurth.com
Katie Ahlrich
State Bar No. 24063686
katieahlrich@andrewskurth.com
Cameron Pope
State Bar No. 24032958
cameronpope@andrewskurth.com
600 Travis Street, Suite 4200
Houston, Texas  77002
713.220.4200 (Telephone)
713.220.4285 (Fax)

Attorneys for Appellee
YES Prep Public Schools, Inc.

HOU:3570186.1

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellee YES Prep Public Schools, Inc. ("YES Prep") files this Objection to Referral to Mediation in accordance with Tex. Civ. Prac. & Rem. Code Ann. § 154.022(b) (West 2012), and in support of this objection shows as follows:

1.     YES Prep is an open-enrollment charter school, and as such is a governmental unit under the Texas Tort Claims Act. This accelerated interlocutory appeal concerns a property that YES Prep purchased in August 2014, and on which YES Prep is building a public school, offices, and a teacher training center. The public school is scheduled to open in August 2015, and, when fully built out, will serve more than 2,000 students from low-income communities.

2.     Appellant filed suit against YES Prep and the party from whom YES Prep purchased the property, claiming rights in the property and seeking damages and specific performance to remove YES Prep from the property. The trial court granted YES Prep's plea to the jurisdiction.

3.     The issues on appeal are purely legal ones, and the parties have not done any discovery.

4.     Given this background, the parties' issues are highly unlikely to be resolved by mediation. YES Prep therefore objects to mediation.

Respectfully submitted,

ANDREWS KURTH LLP

By: *s/ Cameron Pope*
    J. Wiley George
    State Bar No. 07805445
    *wileygeorge@andrewskurth.com*
    Katie Ahlrich
    State Bar No. 24063686
    *katieahlrich@andrewskurth.com*
    Cameron Pope
    State Bar No. 24032958
    *cameronpope@andrewskurth.com*
    600 Travis Street, Suite 4200
    Houston, Texas  77002
    713.220.4200
    713.220.4285 (fax)

*Attorneys for Appellee YES Prep Public Schools, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via Electronic Service on July 2, 2015.

Benjamin L. Hall, III
William L. VanFleet
Kimberly R. Bennett
530 Lovett Boulevard
Houston, Texas 77006
*Counsel for Appellant*

C. Henry Kollenberg
Crain, Caton & James, P.C.
Five Houston Center, 17th Floor
1401 McKinney Street, Suite 1700
Houston, Texas 77010
*Counsel for Joseph Dow*

*s/ Cameron Pope*
Cameron Pope